Harry D Bierley,
      Petitioner
    v
Warden James Veschecco, et al,
      Defendants

U.S. District Court
West Dist of PA
CV 2004 - 363E
Mag J. Susan Baxter

## Motion/Request For Assignment of Counsel

1  And now on Oct 9, 05 comes the indigent, incarcer-
ated and pro se petitioner to request assignment
of Counsel.

2  Bierley will NOT be able to prosecute this matter from
within prison. The County has plans to sentence me to
9 mos incarceration on the bogus P.V.

3  I have no money in my account and NO income
since, my social security is stopped. When I sent
the motions to re-open and/or IFP to inmate accounts
with request to include account statement, for a
mail to all respondents, it was returned on Friday
with little yellow stickum note saying "wait to next
week and use your four indigent stamps on Friday 14."

4  the prison law library is woefully inadequate, esp.
on federal material, and, petitioner will be lucky if he
can get one hour of law library a week.

5  Therefore the petitioner does move the Hon Magistrate
Judge to assign counsel to assist me in prosecuting
this matter in the name of justice. It Is So Prayed.

Add:
Erie County Prison
1618 ash ST
Erie PA  16503

Respectfully submitted,
Harry D Bierley pro se
Oct 9, 2005   (14814)