therefore the petitioner does move the Hon Crt to reopen pleadings as they were closed as the result of grievous clerical error, when, someone did NOT mail me the order of Feb 15, 2005. It Is So Prayed

Erie Cnty Prison, 1618 Ash St, Erie, PA 16503

Respectfully submitted
Harry J Bierley 14814
Oct 6, 2005

Motion For Leave of Court to File Further Pleadings In Forma Pauperis

Petitioner Harry J Bierley is imprisoned for an alleged parole violation, and, he has zero dollars + social security has stopped. Bierley has a home worth aprox $25,000 in severely delapicated condition and a $1,000 C.D. and a $5,000 C.D. that he cannot use, because they are being held as additional collateral for the line of credit loan of $8300. The house is not considered sufficient. He also owes Soc Sec $800 and $700 in credit card debts. He avers these facts to be true under penalties of perjury, therefore Bierley does move the Hon Mag J Baxter to grant him F.F.P. status to poceed hereto. It Is So Prayed

Respectfully submitted,
Harry J Bierley 14814

SERVICE

Respondents Veschecco, Foulk, and the Att Gen were served by sending a request to inmate accounts to mail or fax a copy of these pleadings to them, and send a copy to the USDC Clerk with a copy of my prison financial statement   10/6/05   HJB

Oct 9, 2005

Dear Clerk, U.S.D.C.

Please forgive me for the two sided and crowded pleadings, and for writing this letter on back of a pleading. I am out of paper unless I use paper towels or T.P.

① Please make sure my address is changed to E.C.P. I will pay you for those dockets at 50¢ a page after I finally get out of prison.

Thank you in advance for any kind and prompt attention you might extend to me.

Cordially,
Harry L Bierley 14814
Oct 9, 2005

② Please FAX a copy of all three pleadings to each respondent.

③ If this request for reopening pleadings is denied, please send me six copies of habeas corpus forms so I can apply again for H.C. Relief.

# Inmate Account Summary Report
## Erie County Department of Corrections - Location: MAIN

Today's Date: 10/10/2005                                                                                     Page 1 of 1

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| BIERLEY | HARRY | LARRY | | 2005-35349 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/28/2005 18:21 | Deposit | 7.41 | ID | | | 7.41 | 0.00 | 366859 | |
| Authorizing Employee: JAPAR | | | | | Document Locator Number: | | | | |
| 09/28/2005 23:19 | Withdrawal | -20.00 | HF | | HOUSING FEE | 0.00 | -12.59 | 366885 | |
| Authorizing Employee: JABAR | | | | | Document Locator Number: | | | | |

Total Withdrawals   -20.00
Total Deposits        7.41