IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY L. BIERLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-363 Erie |
| ) | |
| WARDEN JAMES VESCHECCO, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

AND NOW, this 13th day of October, 2005, and upon consideration of the Petitioner, Harry L. Bierley's Motion to Reopen Pleadings Due to Mistake of Fact [Doc. No. 9], it is hereby ORDERED that the Motion is GRANTED.

                                                            s/ Sean J. McLaughlin
                                                          United States District Judge

cm:    All parties of record.