**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HARRY L. BIERLEY,**<br>        Petitioner,<br><br>            vs.<br><br>**WARDEN JAMES VESHECCO, et al**<br>    Respondents | **C.A. No. 04-363Erie**<br>**District Judge McLaughlin**<br>**Magistrate Judge Baxter** |

**O R D E R**

AND NOW, this 13th day of October, 2005;

IT IS HEREBY ORDERED that Petitioner's Motion for leave to proceed in forma pauperis [Document # 10] is DISMISSED AS MOOT in light of the fact that Petitioner has previously paid the filing fee.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE