04-363

# Inmate Account Summary Report
## Erie County Department of Corrections - Location: MAIN

Today's Date: 10/10/2005                                                                 Page 1 of 1

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| BIERLEY | HARRY | LARRY | | 2005-35349 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/28/2005 18:21 | Deposit | 7.41 | ID | | | 7.41 | 0.00 | 366859 | |
| Authorizing Employee: | JAPAR | | | | Document Locator Number: | | | | |
| 09/28/2005 23:19 | Withdrawal | -20.00 | HF | | HOUSING FEE | 0.00 | -12.59 | 366885 | |
| Authorizing Employee: | JABAR | | | | Document Locator Number: | | | | |

Total Withdrawals   -20.00
Total Deposits        7.41