In the United States District Court
Western District of Pennsylvania
Bierley V Veschecio
04- CIV-3638

Address Change

Recently petitioner notified the Court
and respondents of an address change
to Erie County Prison, 1618 Ash St, 16503.

On Oct 13, 2005, at aprox 2:30 P.M.
Bierley was released from Prison, and,
he wishes his address to be change
back to the below depicted address.

**HARRY L. BIERLEY**
**c.o. L. Kowalski**
**3123 German St.**
**Erie, PA. 16504-1073**

Respectfully,
Harry J Bierley
Oct. 18, 2005

Copy To: Warden James Veschecio    E.C.P 1618 ash st
                                    Erie PA 16503
Erie County D.A. Bradley Foulk    Erie County Cthse
                                    140 W 6th st 1650i
Atti. Gen of PA    W. Reg Off 564 Forbes av.
                   Btts. PA 15219