**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HARRY L. BIERLEY**         ) | |
| ) | |
|         **Petitioner,**         ) | |
| ) | |
|     **v.**                             ) | **C.A. NO. 04-363 ERIE** |
| ) | |
| ) | |
| **WARDEN JAMES VESHECCO,** ) | |
|         **Respondent.**         ) | |

**<u>ORDER</u>**

**AND NOW**, this _____ day of _____, 2005, it is hereby ORDERED that upon consideration of the Commonwealth's Motion for Extension of Time, it is **ORDER, ADJUDGED** and **DECREED** that the extension is granted and the Commonwealth's answer is due _____.

_____
Susan Paradise Baxter
U.S. Magistrate Judge