2. Article Number

7160 3901 9842 8019 8255

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

ERIE COUNTY DISTRICT ATTORNEY
ERIE COUNTY COURTHOUSE
ERIE, PA.  16501

4-363E,O/P,11/9/05,SRB

PS Form 3811, January 2003      Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery  11/14/05

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

NOV 14 2005

---

JA 04-363C

2. Article Number

7160 3901 9842 8019 8248

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

ATTORNEY GENERAL COMMONWEALTH OF PA
564 FORBES AVENUE
6TH FLOOR MANOR BLDG
PITTSBURGH, PA.  15219

4-363E,O/P,11/9/05,SRB

PS Form 3811, January 2003      Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery  11/10/05

C. Signature

X  _Cynthia Cleaver_

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

---

2. Article Number

7160 3901 9842 8019 8231

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

JAMES VESHECCO, WARDEN
ERIE COUNTY PRISON
1618 ASH STREET
ERIE, PA.  16503

4-363E,O/P,11/9/05,SRB

PS Form 3811, January 2003      Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Corey Nicholson

B. Date of Delivery  11/12/05

C. Signature

X  _Cory Nicholson_

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HARRY L. BIERLEY                          )
           Petitioner,                 )
                                       )
           vs.                         ) C.A. No. 04-363  ERIE
                                       )
WARDEN JAMES VESHECCO                      )
           Respondents.                )

RULE AND ORDER

      AND NOW, this 13th day of October, 2005,

      IT IS ORDERED that the United States Marshal shall make service of this order,
together with a copy of the petition, upon the Respondent, the District Attorney of Erie County,
and the Attorney General of the Commonwealth of Pennsylvania.   It is Petitioner's responsibility
to cooperate with the U.S. Marshal Service in this regard; Petitioner's failure to do so may result
in the dismissal of this action for failure to prosecute.  Costs shall be advanced by the United
States of America.

      IT IS FURTHER ORDERED that within twenty days of service of this order, the
respondent, and the District Attorney of Erie County, Pennsylvania shall respond to the
allegations of the petition for writ of habeas corpus.  The District Attorney shall address all of the
following 1) the statute of limitations, 28 U.S.C. § 2254(d)(1)-(2);   2) the exhaustion of state
court remedies as required by 28 U.S.C. §§ 2254(b) and Picard v. Connor, 404 U.S. 270 (1971);
Rose v. Lundy, 455 U.S. 509 (1982); United States ex. rel. Trantino v. Hatrack, 563 F.2d 86 (3d
Cir. 1977); Zicarelli v. Gray, 543 F.2d 466 (3d Cir. 1976), with respect to each claim raised by
the Petitioner and, if appropriate, whether any of the claims were procedurally defaulted, and 3)
the merits of the petition. The answer shall comply with Rule 5 of the Rules Governing Section
2254 cases in the United States District Courts.  The District Attorney shall furnish this court
with the state court records, including all transcripts, all briefs filed by the Petitioner, and all

written opinions of the state courts/agencies as well as certified copies of the docket sheets of all

the state courts/agencies involved.

      IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date

to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for

Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


           S/ Susan Paradise Baxter
           SUSAN PARADISE BAXTER
           Chief United States Magistrate Judge


cc:      District Attorney of Erie County

           Attorney General of Pennsylvania

CERTIFIED FROM THE RECORD

Date _10·17 05_

ROBERT V. BARTH, JR., CLERK

By _____
                     Deputy Clerk