Erie County Clerk of Courts
Erie County Courthouse
140 West Sixth Street
Erie, Pennsylvania, 16501

Re:   Commonwealth v. Harry Bierley
      Lower Court Docket Number 1133 of 2003

      And

      Warden James Veshecco, Respondent

Pursuant to the request made by Magistrate Judge Baxter in the Order dated July 24, 2006, relating to the petition for federal habeas corpus filed at C.A. No. 04-363 Erie, the state court records relative to Erie County docket number(s) 1133 of 2003, are hereby transferred to the federal clerk of court for the United States District Court for the Western District of Pennsylvania.

The undersigned acknowledges receipt of the Erie County Clerk of Court file(s) for docket number(s) 1133 of 2003.

_____Jennifer Dash_____
(Please print name)

_____(signature)_____
(Signature)

**RECEIVED**

AUG 1 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

(Date)