**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA 16507**
WWW.PAWD.USCOURTS.GOV

**ROBERT V. BARTH, JR.**
**CLERK OF COURT**
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

September 7, 2006

Clerk of Courts
140 West Sixth Street
Erie PA  16501

   Re: <u>Bierley v. Veshecco, et al</u>

   Civil Action No. <u>04-363 E</u>

Dear Sir:

   I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

   Please receipt for these records on the enclosed copy of this letter.

                Very truly yours,

                ROBERT V. BARTH, JR.
                CLERK OF COURT

                By: *[signature]*
                Debra L. Mayo
                Deputy Clerk

Enclosures

**RECEIVED**

SEP − 7 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

*[signature: Linda Clark]*