Index and Explanation to Appendices

Pg. 1.    The letter dated Sept. 13, 2004, wherein, J Cunningham refused to abide by my subpoena. I suffered severe and traumatic mental shock when "trial court" refused to allow me to send it out with information so the jury would NOT be able to convict beyond a reasonable doubt. Once I realized there was a mental block just yesterday, I found the letter. When the Court convenes an evidentiary, I will present the original if demanded.

Pg. 2    The collection letter of 9/18/06 with threats of three injuries if I do NOT pay the $75 which I cannot afford to pay. See checks.

Pgs 3, 4, + 5.    Letter of July 5, 2006 demanding $2719.15, i.e., $1273.50 plus 1445.55.

Pgs 6 + 7    The letter of January 27, 2005 demanding $1695.55 for Cp 1133 of 03. Petitioner asks the court to notice, that, the letter of July 5, 2006 recalculated costs and fines to make the $250 that I have paid disappear. Multiply that amount by aprox 4300 court cases per year and this court will find that $1,050,00 per year disappears into Mafia coffers in Erie County per year. The actual figure is probably three times that amount. Ask Larry Dombrowski for exact figures, he should know. This is NOT an anomalie.

Pg 8    SSA-1099 for 2004 showing payment to me of $13,291 of which two months worth or $221517 was added to Social Security payback.

Pg 9    Copy of I.D. Card and Handicap Plaque showing that I am seriously and often times painfully handicapped, That means a loss of my driver's license could become extremely painful at times. The plaque and I.D. are issued on the basis of a likelihood of severe pain when walking rather short distances.

"Under penalty of perjury, I affirm all the above to be true copies of the original, esp. the Sept 13, 2004 letter from J. Cunningham

*Harry J Bierley*
Sept 25, 2006



**WILLIAM R. CUNNINGHAM**
PRESIDENT JUDGE

# JUDICIAL CHAMBERS

SIXTH JUDICIAL DISTRICT OF PENNSYLVANIA

ERIE COUNTY COURTHOUSE, ROOM 212

140 WEST SIXTH STREET

**ERIE, PA. 16501**

(814) 451-6287

September 13, 2004

Harry Bierley
3123 German Street
Erie, Pennsylvania 16504

Re: Comm. v. Bierley
No. 1133 of 2003

Dear Mr. Bierley:

    Please be advised that I have nothing to offer as a witness in the above-captioned matter. Any of the events for which you are on trial occurred after I had left the Bench in the civil argument on April 2, 2003. I did not witness firsthand what transpired between you and representatives of the Sheriff's Office after I left the Bench. Accordingly, I will not be appearing as a witness for you.

Very truly yours,

William R. Cunningham
President Judge

WRC:jac

Commonwealth of Pennsylvania



Erie County Court of Common Pleas  6th Judicial District
09/18/2006

Harry Bierley
C/O L Kowalski
3123 German St
Erie, PA  16504-1073

RE:  CP-25-CR-0001133-2003   Comm. v. Bierley, Harry                               Migrated SID #

Bierley:

Our records indicate that you are now more than sixty-five (65) days past due concerning the payment of the court-ordered costs, fines, restitution, and fees in the above-captioned case(s).

As of the date of this letter, you owe $75.00 towards your total outstanding balance of $1,445.55.  Please forward payment immediately. DOCKET NUMBER MUST BE INCLUDED WHETHER PAYING IN PERSON OR BY MAIL.  See enclosed payment instructions.

You are hereby instructed to call the Collections Enforcement Officer/Supervisor highlighted below if you are unable to pay the past due amount:  Molly Marchionna - 814-451-7075;     Richard Atkinson - 814-451-7076; Philip Legler - 814-451-6441;     Paul Ketchum - 814-451-6442

Failure to pay the past due amount may result in the following action(s) being taken against you including but not limited to:

1) Notification of violation to your County Probation / State Parole officer
2) Notification to the PA Department of Welfare of your non-compliance
✓ 3) Suspension of your driver's license
✓ 4) Contempt of court proceedings being instituted against you
✓ 5) A warrant for your arrest being issued

                                              Sincerely,

                                              Erie County Adult Probation
                                              Collection Bureau

**Erie County Court of Common Pleas Criminal Division**
**Collections Bureau**
**Erie County Court House**
**Erie, Pennsylvania   16501**

July 5, 2006

Docket No(s):    (See attached)

Dear Mr. Bierley:

Please be advised that the Erie County Court has established a Collections Bureau to monitor and enforce all monies owed which were ordered in criminal court. All payments are to be made at the Clerk of Courts Collection Office. **DOCKET NUMBER MUST BE INCLUDED WHETHER PAYING IN PERSON OR BY MAIL.** Please refer to the payment instructions included below in this letter.

You are instructed to forward a monthly payment of **$25.00** to be paid by the **8th** day of each month, beginning **July 8, 2006** until the total amount of **$2,719.05** is paid in full. The total amount owed is taken from current information, and is subject to change as additional information is recorded. You are instructed to advise the Collections Bureau of any address, phone, or employment changes as long as you have a balance with the Bureau. Failure to comply with the payment plan will result in further Court Action.

The above payment plan may not meet your ability to pay in accordance with your income and expenses. If this is the case, please call the Collections Bureau immediately at 451-7071 to discuss this issue.

**If you owe in excess of $1,000.00 on any docket, a judgment has been filed against you at the Erie County Prothonotary's Office, as per 42 PA CSA 9728. Judgment(s) will be satisfied once the docket(s) have been paid in full.**

***Docket Number must be included          Sincerely,
   whether paying in person or by mail.

                                             Erie County Collections Bureau
                                             A Division of Adult Probation/Parole

PAYMENT INSTRUCTIONS:
Check or Money Order Payable to:    Erie County Clerk of Courts

MAIL PAYMENTS TO:    Erie County Clerk of Courts
                     Collections – Room 103-A
                     Erie County Court House
                     Erie, PA  16501

********* INCLUDE DOCKET # ON CHECK OR MONEY ORDER *********

In-Person Payments: Can be made at the Erie County Clerk of Courts, located in the County Court House, 140 West 6th Street, Room 103-A, First Floor, East Wing.
**We accept Mastercard, Visa, and MAC cards.

***If you are eligible for accommodation under the Americans with Disabilities Act, please contact us immediately so arrangements may be made.

Commonwealth of Pennsylvania  
Court of Common Pleas  
County of Erie  
6th Judicial District



**Itemized Account of Fines, Costs, Fees, and Restitution**

Commonwealth of Pennsylvania  
v.  
Harry L Bierley

Harry L. Bierley  
C/O L Kowalski  
3123 German St  
Erie, PA 16504--1073

Docket No: CP-25-SA-0003405-2003

Assessments to be paid by Harry L. Bierley

| Costs/Fees | Distribution Account | Assessment Balance |
|---|---|---|
| Summary Appeal Fee (Erie) | ERIE CTY GENERAL FUND | $0.00 |
| Court Fee (Erie) | ERIE CTY GENERAL FUND | $24.34 |
| State Court Cost (Act 204 of 1976) | COMM - COST | $6.58 |
| ATJ | COMM - ATJ | $10.00 |
| User Fee (Erie) | ERIE CTY GENERAL FUND | $10.00 |
| Automation Fee (Erie) | ERIE CTY GENERAL FUND | $5.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | COMM - CST1 | $6.58 |
| Constable Education Training Act (Act 44 of 1991) | COMM - CETA | $5.00 |
| Clerk's Fee (Erie) | ERIE CTY GENERAL FUND | $30.00 |
| SCS Fee (Erie) | ERIE CTY GENERAL FUND | $17.50 |
| Administrative Fee (Erie) | ERIE CTY GENERAL FUND | $120.00 |
| Prothonotary Fee (Erie) | ERIE PROTHY | $23.50 |
| | | **$258.50** |

| Fines | | |
|---|---|---|
| Local Fines (Erie) | MC | $915.00 |
| Local Fines (Erie) | MC | $100.00 |
| | | **$1,015.00** |
| **Balance Due:** | | **$1,273.50** |

I hereby certify that as of the date indicated below, Harry L. Bierley is indebted to the County of Erie for the sum of $1,273.50, which is the balance due of all fines, costs, fees, and restitution that have accrued as of this date in the above-captioned case.

_____  
Date

_____  
Robert John Catalde

Commonwealth of Pennsylvania
Court of Common Pleas
County of Erie
6th Judicial District



**Itemized Account of Fines, Costs, Fees, and Restitution**

Commonwealth of Pennsylvania
v.
Harry Bierley

Harry Bierley
C/O 3123 German Street
Erie, PA  16504--0000

Docket No: CP-25-CR-0001133-2003

Assessments to be paid by Harry Bierley

| Costs/Fees | Distribution Account | Assessment Balance |
|---|---|---|
| Court Fee (Erie) | ERIE CTY GENERAL FUND | $25.80 |
| State Court Cost (Act 204 of 1976) | COMM - COST | $9.26 |
| ATJ | COMM - ATJ | $10.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | COMM - CST1 | $7.94 |
| User Fee (Erie) | ERIE CTY GENERAL FUND | $10.00 |
| Crime Victims Compensation (Act 96 of 1984) | COMM - CVC | $0.00 |
| Victim Witness Services (Act 111 of 1998) | COMM - VWS | $10.00 |
| Domestic Violence Compensation (Act 44 of 1988) | COMM - DVC | $10.00 |
| Firearm Education and Training Fund (158 of 1994) | COMM - FETA | $5.00 |
| Automation Fee (Erie) | ERIE CTY GENERAL FUND | $5.00 |
| Restitution Fee (Erie) | ERIE CTY DA'S OFFICE | $25.00 |
| Clerk's Fee (Erie) | ERIE CTY GENERAL FUND | $150.00 |
| Transcripts (Erie) | ERIE CTY GENERAL FUND | $503.20 |
| Transcripts (Erie) | ERIE CTY GENERAL FUND | $445.85 |
| Administrative Fee (Erie) | ERIE CTY GENERAL FUND | $60.00 |
| OSP (Erie/State) (Act 35 of 1991) | COMM - PROB | $65.00 |
| OSP (Erie/State) (Act 35 of 1991) | ERIE CTY GENERAL FUND | $65.00 |
| Prothonotary Fee (Erie) | ERIE PROTHY | $23.50 |
| Transcripts (Erie) | ERIE CTY GENERAL FUND | $9.00 |
| Transcripts (Erie) | ERIE CTY GENERAL FUND | $6.00 |
|  |  | **$1,445.55** |
| **Balance Due:** |  | **$1,445.55** |

I hereby certify that as of the date indicated below, Harry Bierley is indebted to the County of Erie for the sum of $1,445.55, which is the balance due of all fines, costs, fees, and restitution that have accrued as of this date in the above-captioned case.

_____
Date

_____
Robert John Catalde

ERIE COUNTY COURT OF COMMON PLEAS
CRIMINAL DIVISION
COLLECTIONS BUREAU
ERIE COUNTY COURT HOUSE
ERIE, PENNSYLVANIA 16501

January 27, 2005                    RE: DOCKET NO. 1133-2003

BIERLEY HARRY L
C/O 3123 GERMAN STREET
ERIE PA  16504

Dear Mr. BIERLEY:

    You are instructed to forward a monthly payment of      90.00, to be paid by the **4th** Monday of each month, beginning  February 28, 2005  until the total amount of      1,695.55 is paid in full.  The total amount owed is taken from current information, and is subject to change as additional information is recorded.  You are instructed to advise the Collections Bureau of any address, phone or employment changes as long as you have a balance with the Bureau. Failure to comply with the payment plan will result in further Court Action.

    The above payment plan may not meet your ability to pay in accordance with your income and expenses.  If this is the case, please call the Collections Bureau immediately at 451-7071 to discuss this issue.

IF THE COMBINED TOTAL AMOUNT OWED ON ALL DOCKETS EXCEEDS $1,000.00,

A JUDGMENT HAS BEEN FILED AGAINST YOU AT THE ERIE COUNTY PROTHONOTARY

OFFICE, AS PER 42 PA CSA 9728. THIS JUDGMENT WILL BE SATISFIED ONCE ALL

DOCKETS ARE PAID IN FULL.

    The following is a list of your financial obligations at criminal court Docket No. 1133-2003.

BREAKDOWN

| | | | |
|---|---|---|---|
| COURT FEE | 25.80 | STATE COST | 9.26 |
| JCS/ATJ FEE | 10.00 | H.B. 627 COST | 7.94 |
| USER FEE | 10.00 | CVC COSTS | 35.00 |
| CCC / VWS COST | 25.00 | DVC COSTS | 10.00 |
| OFF F.E. ACT158 | 5.00 | AUTOMATION FEE | 5.00 |
| RESTITUTION FEE | 25.00 | CLERKS FEE | 150.00 |
| TRANSCRIPTS | 949.05 | ADMINSTRATION | 90.00 |
| S.O.S.F | 157.50 | C.O.S.F. | 157.50 |
| PROTHO FEE | 23.50 | | |

PLEASE NOTE:  Included in the above costs is a court ordered administrative fee of $10.00 per month.  The $10.00 fee will be effective until and

ERIE COUNTY COURT OF COMMON PLEAS
CRIMINAL DIVISION
COLLECTIONS BUREAU
ERIE COUNTY COURT HOUSE
ERIE, PENNSYLVANIA  16501

January 27, 2005                        RE: DOCKET NO. 1133-2003

including your final month of supervision. Please note that you may be entitled to a $10.00 per month reduction of your administrative fee, if you pay all financial obligations in full before the end of your probation//parole supervision period. For further information regarding this reduction call 451-7071.

                          Sincerely,
                          Erie County Collections Bureau
                          A Division of Adult Probation/Parole

PAYMENT INSTRUCTIONS

CHECK OR MONEY ORDER PAYABLE TO:    ERIE COUNTY CLERK CF COURTS

MAIL PAYMENTS TO:                   ERIE COUNTY CLERK CF COURTS
   (Include Docket No.              COLLECTIONS - ROOM 103A
    on payment)                     ERIE COUNTY COURT HOUSE
                                    ERIE, PA  16501

IN-PERSON PAYMENTS: Can be made at the Erie County Clerk of Courts, located in the County Court House, West 6th Street, 1st Floor, East Wing.

* We accept MASTERCARD, VISA and MAC Cards.

*** If you are eligible for accomodation under the Americans with Disabilities Act, please contact us immediately so arrangements may be made.

LIFT TO OPEN

▼

taxable. Do not return this form    2004"– shows the total amount    negative amount. Enter this

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2004**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| HARRY L BIERLEY | 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 |

| Box 3. Benefits Paid in 2004 | Box 4. Benefits Repaid to SSA in 2004 | Box 5. Net Benefits for 2004 *(Box 3 minus Box 4)* |
|---|---|---|
| $13,291.20 | NONE | $13,291.20 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $12,492.00 | NONE |
| Medicare premiums deducted from your benefit | $799.20 | |
| Total Additions | $13,291.20 | |
| Benefits for 2004 | $13,291.20 | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

HARRY L BIERLEY
3123 GERMAN ST
ERIE PA 16504-1073

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

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A

Form **SSA-1099-SM** (1-2005)    **DO NOT RETURN THIS FORM TO SSA OR IRS**

**IMPORTANT:** REMOVE BEFORE DRIVING VEHICLE

**PENNSYLVANIA**

P958979

HARRY L BIERLEY
C/O L KOWALSKI
3123 GERMAN ST
ERIE, PA 16504

09/2009

EXPIRES LAST DAY OF  **09-09**

**P 958979**

PERMANENT