IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY L. BIERLEY,<br>      Petitioner,<br><br>   vs.<br><br>WARDEN, JAMES VESCHECCO, et al.,<br>      Respondents. | Civil Action No. 04-363 ERIE |

**ORDER**

AND NOW this __26th__ day of September, 2006, after consideration of the Petitioner's Motion for Reconsideration, or alternatively, Motion for Certificate of Appeal (Document No. 30)

IT IS HEREBY ORDERED that the said motion is DENIED

                                        S/Sean J. McLaughlin
                                        Sean J. McLaughlin
                                        United States District Judge

cc: counsel/parties of record __NK__