HARRY L. BIERLEY
C.O. L. Kowalski
3123 German St.
Erie, PA. 16504-1073

04-363E

United States District Court
Judge Sean McLaughlin
U. S. Courthouse, Room A250
17 South Park Row
Erie, PA 16501

RECEIVED
SEP 29 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA