| | | |
|---|---|---|
| Harry L. Bierley, | : | The United States District Court |
| Petitioner | : | Western District of Pennsylvania |
| V | : | CA 04-363E   Habeas Corpus |
| Warden James Veschecco, | : | MJ Susan Paradise-Baxter |
| Respondent | : | Judge Sean McLaughlin |

Notice of Appeal

On this date, September 26, 2006, Petitioner Bierley does hereby give notice of appeal of the September 6, 2006 denial of habeas corpus relief by J Sean Mclaughlin and the September 26, 2006 denial of reconsideration and certificate of appeal.

Respectfully submitted,

*Harry L. Bierley*
Harry L. Bierley, pro se/in pro per

A copy of this notice of appeal and the motion for leave of court to appeal I. F. P. Was served upon District Attorney Bradley Foulk, ERie County Courthouse, 140 West 6th St., Erie, PA 16501 and Warden James Veschecco, Erie County Prison, 1618 Ash St., Erie, PA 16503 by first class U.S. Mail, postage prepaid.