FPS-007                                                                         October 6, 2006
### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. <u>06-4294</u>

Bierley v. Veschecco
(W.D. Pa. No. 04-cv-363E)

To:  Clerk

    1)    Motion for Leave to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

_____

    The foregoing Motion is granted.



A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

<u>Marcia M. Waldron</u>
        Clerk

Dated: October 6, 2006
CLW/cc Mr. Harry L. Bierley
       Roger M. Bauer, Esq.