# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **06-4294**

HARRY L. BIERLEY

    VS.

WARDEN JAMES VESCHECCO, ET AL.

    (W.D. Pa. Civ. No. 04-cv-00363)

Present:　　SLOVITER, CHAGARES AND GREENBERG, <u>CIRCUIT JUDGES</u>

    Submitted is appellant's application for a certificate of appealability under 28 U.S.C. § 2253(c)(1) in the above-captioned case.

                                      Respectfully,

                                       Clerk

MMW/CJG/clw

O R D E R

The foregoing request for a certificate of appealability is denied, as jurists of reason could not debate that the District Court properly dismissed appellant's 28 U.S.C. § 2254 habeas petition. See <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000) (citing 28 U.S.C. § 2253(c)). Even assuming <u>arguendo</u> that appellant's petition survives a mootness determination, <u>see</u> <u>Spencer v. Kemna</u>, 523 U.S. 1, 8-9 (1998), his § 2254 petition nonetheless fails to assert any claim that is cognizable in a federal habeas proceeding which has been properly exhausted before the state courts, and which is not now procedurally defaulted. See <u>Duncan v. Henry</u>, 513 U.S. 364 (1995)(issue must be fairly presented to state court as a federal claim). <u>See</u> also <u>Coleman v. Thompson</u>, 501 U.S. 722, 750 (1991); <u>Murray v. Carrier</u>, 477 U.S. 478, 488 (1986).

                                      By the Court,

                                      /s/ Morton I. Greenberg
                                      Circuit Judge

Dated: June 6, 2007
CLW/cc: Mr. Harry L. Bierley
        Roger M. Bauer, Esq.