UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.　　　　　　　　　　　　　IN REPLYING, GIVE NUMBER
CLERK OF COURT　　　　　　　　　　　　　　　OF CASE AND NAMES OF PARTIES
814-464-9600

MARCH 24, 2008

Erie County Courthouse
Clerk of Court
140 West 6th Street
Erie, PA 16501

　　　　Re: COMMONWEALTH v BIERLY
　　　　Civil Action No. Our case number 1:04-CV-363
　　　　　　　　　Erie number- 1133 of 2003
　　　　　　　　　　　　　　1519 0f 2004

Dear Sir/Madam:

　　I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

　　Please receipt for these records on the enclosed copy of this letter.

　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　ROBERT V. BARTH, JR.
　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Jennifer L. Dash
　　　　　　　　　　　　　　Deputy Clerk

Enclosures