UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

MARCH 24, 2008

Erie County Courthouse
Clerk of Court
140 West 6th Street
Erie, PA 16501

RECEIVED

MAR 2 7 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Re: COMMONWEALTH v BIERLY
Civil Action No. Our case number 1:04-CV-363
Erie number- 1133 of 2003
1519 0f 2004

Dear Sir/Madam:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Jennifer L. Dash
Deputy Clerk

Enclosures